**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| THOMAS BODNAR, | ) | No. ED CV 16-1825-DSF (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| COUNTY OF RIVERSIDE, et al., | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: 2/13/17

_____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE